

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Judson T. Mihok*  *Suite 400*  DIRECT: 410-209-4903
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Judson.Mihok@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0716

July 11, 2019

**VIA ECF**
The Honorable George Levi Russell, III
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>United States v. David Livingston Attoh, et al.</u>, GLR 19 0032

Dear Judge Russell:

    Per the Court's Order, the parties submit the following third joint status report.

    Due to the volume of discovery, the defendants request an additional 60 days to complete review. This additional time will also allow the parties an opportunity to continue plea discussions about resolution of the cases. Several plea agreements have been extended and are currently under consideration.

    A joint motion to waive speedy trial has been granted, so there are no concerns in that regard. At this point, the parties jointly request an additional 60 days to allow time for review of discovery, and to engage in further plea discussions.

    Very truly yours,

    Robert K. Hur
    United States Attorney

    _____//s//_____
    Judson T. Mihok
    Assistant United States Attorney

cc:    Ryan Burke (David Livingston Attoh)
       Ivan Bates (Erwin Boateng)
       Kwasi Hawks (Kabir Tunji Are)
       Tae Kim (Kwaku Boateng Blay)
       David Fischer (Franck Ulrich Noche Nsiyabnze)